1  Marjorie S. Fochtman, State Bar No. 143201
2  Paul R. Lynd, State Bar No. 202764
3  David A. Kolek, State Bar No. 245330
   NIXON PEABODY LLP
4  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111
5  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
6
7  Attorneys for Defendant
   CARGILL, INC.
8



9

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF ALAMEDA

10

11  JOE ESMOND,                               Case No. HG 0730 6733

12                 Plaintiff,                 NOTICE OF REMOVAL OF CIVIL
                                              ACTION UNDER 28 U.S.C. §§ 1332, 1441
13        vs.                                 AND 1446 (DIVERSITY)

14  CARGILL, INC., dba Cargill Salt Co. Company,
    an entity, and DOES 1-20, inclusive,
15
                   Defendants.
16

17

18  TO PLAINTIFF AND HIS ATTORNEY OF RECORD, AND TO THE CLERK OF THE

19  SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF

20  ALAMEDA:

21        PLEASE TAKE NOTICE THAT Defendant CARGILL INC. has filed a Notice of Removal

22  of Action under 28 U.S.C. §§ 1332, 1441, and 1446 in the United States District Court for the

23  Northern District, a copy of which is attached hereto as Exhibit A.

24        Pursuant to 28 U.S.C. § 1446(d), when a defendant files a Notice of Removal to federal court,

25  "the defendant or defendants shall give written notice thereof to all adverse parties and shall file a

26  copy of the notice with the clerk of such State court, which shall effect removal and the State court

27  shall proceed no further unless and until the case is remanded." Accordingly, the Alameda County

28

NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL
TO FEDERAL COURT; CASE NO. HG 0730 6733

10729270.1



C 07 5037 MMC

ENDORSED FILED
ALAMEDA COUNTY
SEP 28 2007
CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

1  Superior Court no longer has jurisdiction over this action and all further proceedings must be
2  conducted in the federal court.
3  DATED: September 28, 2007
4
5                                                          NIXON PEABODY LLP
6
7                                                          By: /s/ Paul R. Lynd
                                                               PAUL R. LYND
8                                                              Attorneys for Defendant CARGILL, INC.