Marjorie S. Fochtman, State Bar No. 143201
Paul R. Lynd, State Bar No. 202764
David A. Kolek, State Bar No. 245330
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
CARGILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE ESMOND,

    Plaintiff,

vs.

CARGILL, INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive,

    Defendants.

Case No. C 07 5037 MMC

Case No. NG0730 6733

NOTICE OF FILING REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)

ENDORSED FILED ALAMEDA COUNTY SEP 10 2007 CLERK OF THE SUPERIOR COURT By Yasmin Singh, Deputy

ORIGINAL FILED SEP 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

TO PLAINTIFF AND HIS ATTORNEY OF RECORD, AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Cargill, Inc. ("Defendant"), a defendant in Case No. HG 07306733 filed in the California Superior Court in and for the County of Alameda, has filed in the United States District Court for the Northern District of California, a Notice of Removal of this action pursuant to 28 U.S.C. sections 1332, 1441, and 1446 and has filed in the Alameda County Superior Court notice of such removal. A true and correct copy of the Notice of Removal, filed by Defendant in the United States District Court for the Northern District of California is attached hereto as Exhibit 1. A true and correct copy of the state court notice, filed by Defendant is attached hereto as Exhibit 2.

DATED: September 28, 2007

NIXON PEABODY LLP

By: _____
PAUL R. LYND
Attorneys for Defendant CARGILL, INC.