Marjorie S. Fochtman, State Bar No. 143201
Paul R. Lynd, State Bar No. 202764
David A. Kolek, State Bar No. 245330
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant,
CARGILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND, <br><br> Plaintiff, <br><br> vs. <br><br> CARGILL, INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive <br><br> Defendants. | Case No. C 07 5037 MMC <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Local Rule 3-16 |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
LOCAL RULE 3-16

10730759.1

TO PLAINTIFF AND TO ATTORNEY OF RECORD, AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 3-16 of the Civil Local Rules, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 28, 2007

NIXON PEABODY LLP

By: _____
PAUL R. LYND
Attorneys for Defendant CARGILL, INC.