Marjorie S. Fochtman, State Bar No. 143200
Paul R. Lynd, State Bar No. 202764
David A. Kolek, State Bar No. 245330
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
CARGILL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND, | Case No. C 07 5037 MMC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| CARGILL, INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE - NOTICE OF REMOVAL OF
CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446
(DIVERSITY)

ORIGINAL ENDORSED FILED ALAMEDA COUNTY
SEP 2 8 2007
CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
07 SEP 28 PM 2:42

**PROOF OF SERVICE**

| | |
|---|---|
| CASE NAME: | Joe Esmond v. Cargill, Inc., et al. |
| COURT: | Alameda County Superior Court |
| CASE NO.: | HG 07306733 |
| NP FILE: | 033749.000002 |

1. I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

2. ✓ **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (DIVERSITY)**
3. **NOTICE OF FILING REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

____ **By First-Class Mail** — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ **By Personal Service** — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ **By Overnight Courier** — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

X **By Facsimile** — From facsimile number (415) 984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**Addressee(s)**

Richard J. Vaznaugh
Law Office of Richard J. Vaznaugh
600 Harrison Street, Suite 120
San Francisco, CA 94107
Tel.: (415) 593-0076
Fax: (415) 593-0093

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2007, at San Francisco, California.

_/s/ Grace A. Wayte_
Grace A. Wayte

10745192.1