1   Marjorie S. Fochtman, State Bar No. 143201
    Paul R. Lynd, State Bar No. 202764
2   David A. Kolek, State Bar No. 245330
    NIXON PEABODY LLP
3   One Embarcadero Center, Suite 1800
    San Francisco, CA 94111
4   Telephone: (415) 984-8200
    Facsimile: (415) 984-8300
5
    Attorneys for Defendant
6   CARGILL, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JOE ESMOND,                          Case No.  C075037 MMC

12                      Plaintiff,
                                         **CERTIFICATE OF SERVICE**
13          vs.

14  CARGILL INC., dba Cargill Salt Co. Company,
    an entity, and DOES 1-20, inclusive,
15
                        Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

10745684.1

# PROOF OF SERVICE

**CASE NAME:** Joe Esmond v. Cargill, Inc., et al.
**COURT:**        Alameda County Superior Court
**CASE NO.:**     HG 07306733
**NP FILE:**       033749.000002

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

1.      NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (DIVERSITY)

2.      NOTICE OF FILING REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)

3.      STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

4.      STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

5.      ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

6.      CERTIFICATE OF SERVICE

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X  :  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

Addressee(s)

Richard J. Vaznaugh
Law Office of Richard J. Vaznaugh
600 Harrison Street, Suite 120
San Francisco, CA  94107
Tel.: (415) 593-0076
Fax: (415) 593-0093

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2007, at San Francisco, California.

*Grace A. Wayte*
Grace A. Wayte

10745192.1