**United States District Court**
For the Northern District of California

1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JOE ESMOND                                      NO. CV 07-05037 MMC

11            Plaintiff,                             **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**
     v.
12
13   CARGILL INC.
              Defendant.
14                                          /

15
16   On 09/28/07, counsel for Defendant(s) filed a Notice of Removal, Notice & Certificate(s) manually, on
17   paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order
18   45.

19
20   The above mentioned paper document has been filed and docketed. However, General Order 45
21   provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
22   presumptively designated" as e-filing cases. Therefore, counsel for Defendant(s) should submit the
23   above mentioned documents, in PDF format within 10 days, as an attachment in an *e-mail* message
24   directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the
25   **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been
26   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
     be e-filed.
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: October 9, 2007

/s/ Alfred Amistoso
Alfred Amistoso
Deputy Clerk

2