# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOE ESMOND

                        Plaintiff(s),

             v.

CARGILL, INC., dba Cargill Salt
Company, an entity, and DOES 1-20,
                      Defendant(s).
_____/

Case No.  C 07-5037 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/20/2007

/s/ Cargill, Inc.
[Party]

Dated: 12/20/2007

/s/ Paul R. Lynd
[Counsel]