UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOE ESMOND

                    Plaintiff(s),

               v.

CARGILL, INC., dba Cargill Salt Company,
an entity, and DOES 1-20, inclusive,

                    Defendant(s).

CASE NO. C 07-5037 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard J. Vaznaugh | Plaintiff Joe Esmond | (415) 593-0076 | richvaz@mindspring.com |
| Paul R. Lynd | Defendant Cargill Inc. | (415) 984-8235 | plynd@nixonpeabody.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/20/2007                                            /s/ Richard J. Vaznaugh
                                                                      Attorney for Plaintiff

Dated: 12/20/2007                                            /s/ Paul R. Lynd
                                                                        Attorney for Defendant

Rev 12.05