1  RICHARD J. VAZNAUGH (SBN 173249)
   LAW OFFICE OF RICHARD J. VAZNAUGH
2  600 Harrison Street, Ste. 120
   San Francisco, California 94107
3  Tel: (415) 593-0076
   Fax: (415) 593-0093
4
5  Attorney for Plaintiff
   JOE ESMOND
6
7              UNITED STATES DISTRICT COURT FOR THE
8              NORTHERN DISTRICT COUNTY OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND,<br><br>         PLAINTIFF,<br><br>   vs.<br><br>CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive<br><br>         DEFENDANTS. | **Case No.   C 07-5037 MMC**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** |

   Pursuant to Civil Law Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

                                    LAW OFFICE OF RICHARD J. VAZNAUGH

                                    Signed, RV

   DATED: January 4, 2008
                                    _____
                                    RICHARD J. VAZNAUGH, ESQ.
                                    ATTORNEY FOR PLAINTIFF JOE ESMOND