**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

Date: JAN 11 2008

E-Filing

C-07-5037-MMC

JOE ESMOND     v     CARGILL INC.

Attorneys: RICHARD VAZNAUGH        PAUL LYND

Deputy Clerk: **TRACY LUCERO**          Reporter: NOT REPORTED

**PROCEEDINGS:**          **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference [INITIAL]

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 10/24/08. Meet & Confer by 12/8/08. Joint statement due by 9/26/08.

(✓) ORDER TO BE PREPARED BY: Plntf___ Deft___ Court ✓

(✓) Referred to ~~Magistrate~~ ADR For: MEDIATION - to be conducted w/i 120 days
(✓) By Court
(✓) CASE CONTINUED TO 10/3/08 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off 8/15/08          Expert Discovery Cut-Off 10/10/08

π/Δ ~~Plntf~~ to Name Experts by 9/5/08     π/Δ REBUTTAL ~~Deft~~ to Name Experts by 9/19/08

P/T Conference Date 1/13/09 @ 3:00  Trial Date 1/26/09 @ 9:00  Set for 10 days
Type of Trial: (✓) Jury  ( ) Court

Notes: INITIAL DISCLOSURES DUE BY 1/18/08 & DISCOVERY STAYED UNTIL 1/18/08 - BY AGREEMENT OF THE PARTIES.

cc: ADR/MED.