# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Esmond,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Cargill Inc,<br><br>             Defendant(s). | 07-05037 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**John Skelton**
Litigation Solutions Law Group, LLP
1775 Woodside Road
Redwood City, CA 94061
650-556-2168

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05037 MMC MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 15, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05037 MMC MED                              - 2 -