**FILED**

JUN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Esmond,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Cargill Inc,<br><br>　　　　Defendant(s). | No. C 07-05037 MMC MED<br><br>**Certification of ADR Session** |

<u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1.　I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _May 7, 2008_

2.　Did the case settle?　☐ fully　☐ partially　☒ no

3.　If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☒ no

4.　**IS THIS ADR PROCESS COMPLETED?**　☐ YES　☐ NO

Dated: _May 7, 2008_　　　_John Skelton_ (signature)
　　　　　　　　　　　　　**Mediator, John Skelton**
　　　　　　　　　　　　　Litigation Solutions Law Group, LLP
　　　　　　　　　　　　　1775 Woodside Road
　　　　　　　　　　　　　Redwood City, CA 94061

**Certification of ADR Session**
07-05037 MMC MED