```
 1  MARJORIE S. FOCHTMAN, SBN 143201
    PAUL R. LYND, SBN 202764
 2  DAVID A. KOLEK, SBN 245330
    NIXON PEABODY LLP
 3  One Embarcadero Center, 18th Floor
    San Francisco, California 94111-3600
 4  Telephone:    (415) 984-8200
    Facsimile:    (415) 984-8300
 5
    Attorneys for Defendant
 6  CARGILL, INC.

 7

 8  RICHARD J. VAZNAUGH, SBN 173249
    LAW OFFICES OF RICHARD J. VAZNAUGH
 9  600 Harrison Street, Suite 120
    San Francisco, CA  94107
10  Telephone:    (415) 593-0076
    Facsimile:    (415) 593-0093
11  Attorneys for Plaintiff
    JOE ESMOND
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOE ESMOND, | No. Case No. C 07-5037 MMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUTOFF FOR PURPOSE OF EACH PARTY TAKING ONE ADDITIONAL DEPOSITION AS SPECIFIED; [PROPOSED] ORDER** |
| vs. | |
| CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive, | **[FRCP 29(b)]** |
| Defendant. | Trial Date:    January 26, 2009 |

1  Plaintiff Joe Esmond ("Plaintiff") and Defendant Cargill, Inc., ("Cargill") by and through
2  their respective counsel of record, hereby stipulate that the date for cutoff of fact discovery set in the
3  Court's Pretrial Preparation Order be extended from August 15, 2008 as follows:
4     (1)  Through August 19, 2009, for the purpose of Plaintiff taking the deposition of Aileen
5  Fox, Cargill's designated person most knowledgeable witness on two subjects; and
6     (2)  Through August 21, 2009, for the purpose of Cargill taking the deposition of Plaintiff.
7  The parties further stipulate that this stipulation does not extend the fact discovery cutoff date
8  for any other discovery.  Additionally, because these stipulated dates coincide with the deadline for
9  filing any motion to compel set by Local Rule 26-2, the parties also stipulate to extend the deadline
10 for filing any motion to compel concerning the above depositions only until seven court days after the
11 dates set forth above, respectively.
12 Counsel for the parties further stipulate that they have met and conferred in a good faith effort
13 to schedule these two depositions at dates mutually convenient for all counsel and parties before the
14 fact discovery cutoff date.  Cargill's counsel proposed dates for these depositions during the last two
15 weeks of July; however, counsel for Plaintiff is unavailable on those dates because of previously
16 scheduled travel on those dates through August 2, 2008.  Alternatively, Plaintiff proposed dates in
17 early August; however, Cargill's representatives are unable to attend the depositions between August
18 4 and 15, 2008 because of previously scheduled travel outside of the country.  Accordingly, counsel
19 for the parties agreed on the first available mutually convenient dates as set forth above, which are in
20 the week immediately following the fact discovery cutoff date.
21 Finally, counsel for the parties stipulate that there have been no previous time modifications
22 of discovery in this case by stipulation or court order.  This stipulated time modification will not
23 effect any other aspects of the schedule in this case, as the Court's deadline for expert discovery will
24 //
25 //
26 //
27 //
28

1  not be effected, the deadline for dispositive motions is not until October 24, 2008, and trial is not
2  scheduled until January 26, 2009.
3      IT IS SO STIPULATED.
4  DATED: July 9, 2008                            NIXON PEABODY LLP

By: /s/ Paul R. Lynd
    PAUL R. LYND
    Attorneys for Defendant
    CARGILL INC.

LAW OFFICES OF RICHARD J. VAZNAUGH

By: /s/ Richard J. Vaznaugh
    RICHARD J. VAZNAUGH
    Attorneys for Plaintiff
    JOE ESMOND

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 14, 2008                                 _/s/ Maxine M. Chesney_
                                                       HON. MAXINE M. CHESNEY
                                                       District Court Judge