MARJORIE S. FOCHTMAN, SBN 143201
PAUL R. LYND, SBN 202764
DAVID A. KOLEK, SBN 245330
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone:  (415) 984-8200
Fax:          (415) 984-8300

Attorneys for Defendant
CARGILL, INC.


RICHARD J. VAZNAUGH, SBN 173249
LAW OFFICES OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 593-0076
Fax:          (415) 593-0093
Richvaz@mindspring.com


Attorney for Plaintiff
JOE ESMOND


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JOE ESMOND,<br><br>                          Plaintiff,<br><br>     vs.<br><br>CARGILL INC., dba Cargill Salt Co. Company,<br>an entity, and DOES 1-20, inclusive,<br><br>                          Defendant. | No. Case No. C 07-5037 MMC<br><br>**JOINT STIPULATION TO DISMISS<br>WITHOUT PREJUDICE CERTAIN OF<br>PLAINTIFF'S CLAIMS AND TO AMEND<br>FIRST AMENDED COMPLAINT<br>ACCORDINGLY; [PROPOSED] ORDER**<br><br>**[FRCP 41(a)(2) and 15(a)**<br><br>Trial Date:        January 26, 2009 |

Plaintiff Joe Esmond ("Plaintiff") and Defendant Cargill, Inc. ("Cargill"), by and through their respective counsel of record, hereby stipulate that the following claims in Plaintiff's First Amended Complaint be dismissed without prejudice and that, by force of this stipulation and Order, Mr. Esmond's First Amended Complaint will be amended as follows:

1.  Plaintiff's Sixth Cause of Action for age discrimination is dismissed without prejudice;

2.  Plaintiff's Seventh Cause of Action for breach of contract is dismissed without prejudice;

3.  Plaintiff's Eighth Cause of Action for breach of the covenant of good faith and fair dealing is limited, without prejudice, to Cargill's wage and hour practices, including the alleged withholding of Plaintiff's severance pay and the related release; and

4.  Plaintiff's Ninth Cause of Action for unfair business practices will, without prejudice, no longer incorporate Plaintiff's Sixth and Seventh Cause of Action or the claims therein, nor will it incorporate Plaintiff's Eighth Cause of Action or the claims therein, except to the extent it concerns Cargill's wage and hour practices, including the alleged withholding of Plaintiff's severance pay and the related release.

Therefore, Plaintiff's First Amended Complaint, filed in Alameda County Superior Court on August 27, 2007 and removed to this court by Cargill on September 28, 2007 shall be deemed so amended by this Order.

Because this amendment limits existing claims but does not add any new claims, Cargill's currently operative Answer, filed in Alameda County Superior Court on September 27, 2007, shall continue to be its currently operative Answer.

IT IS SO STIPULATED.

DATED: July 18, 2008                    NIXON PEABODY LLP


                                        By:  __/s/_____
                                             PAUL R. LYND
                                             Attorneys for Defendant
                                             CARGILL INC.


                                        LAW OFFICES OF RICHARD J. VAZNAUGH


                                        By:  __/s/_____
                                             RICHARD J. VAZNAUGH
                                             Attorney for Plaintiff
                                             JOE ESMOND


                        **[PROPOSED] ORDER**

        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____


                                        _____
                                        HON. MAXINE M. CHESNEY
                                        District Court Judge