1  MARJORIE S. FOCHTMAN, SBN 143201
   PAUL R. LYND, SBN 202764
2  DAVID A. KOLEK, SBN 245330
   NIXON PEABODY LLP
3  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
4  Telephone:  (415) 984-8200
   Fax:           (415) 984-8300
5
   Attorneys for Defendant
6  CARGILL, INC.

7
   RICHARD J. VAZNAUGH, SBN 173249
8  LAW OFFICES OF RICHARD J. VAZNAUGH
   600 Harrison Street, Suite 120
9  San Francisco, CA  94107
   Telephone:  (415) 593-0076
10 Fax:           (415) 593-0093
   Richvaz@mindspring.com
11
12 Attorney for Plaintiff
   JOE ESMOND

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  JOE ESMOND,                          | No. Case No. C 07-5037 MMC |
| 19                  Plaintiff,           | **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE CERTAIN OF PLAINTIFF'S CLAIMS AND TO AMEND FIRST AMENDED COMPLAINT ACCORDINGLY; [PROPOSED] ORDER** |
| 20         vs.                           | |
| 21  CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive, | |
| 22                                       | **[FRCP 41(a)(2) and 15(a)]** |
| 23                  Defendant.           | Trial Date:    January 26, 2009 |

**JOINT STIPULATION AND PROPOSED ORDER**                            Case No. C 07-5037 MMC

Plaintiff Joe Esmond ("Plaintiff") and Defendant Cargill, Inc. ("Cargill"), by and through their respective counsel of record, hereby stipulate that the following claims in Plaintiff's First Amended Complaint be dismissed without prejudice and that, by force of this stipulation and Order, Mr. Esmond's First Amended Complaint will be amended as follows:

1. Plaintiff's Sixth Cause of Action for age discrimination is dismissed without prejudice;
2. Plaintiff's Seventh Cause of Action for breach of contract is dismissed without prejudice;
3. Plaintiff's Eighth Cause of Action for breach of the covenant of good faith and fair dealing is limited, without prejudice, to Cargill's wage and hour practices, including the alleged withholding of Plaintiff's severance pay and the related release; and
4. Plaintiff's Ninth Cause of Action for unfair business practices will, without prejudice, no longer incorporate Plaintiff's Sixth and Seventh Cause of Action or the claims therein, nor will it incorporate Plaintiff's Eighth Cause of Action or the claims therein, except to the extent it concerns Cargill's wage and hour practices, including the alleged withholding of Plaintiff's severance pay and the related release.

Therefore, Plaintiff's First Amended Complaint, filed in Alameda County Superior Court on August 27, 2007 and removed to this court by Cargill on September 28, 2007 shall be deemed so amended by this Order.

Because this amendment limits existing claims but does not add any new claims, Cargill's currently operative Answer, filed in Alameda County Superior Court on September 27, 2007, shall continue to be its currently operative Answer.

IT IS SO STIPULATED.

**JOINT STIPULATION AND PROPOSED ORDER**                                     Case No. C 07-5037 MMC

| | |
|---|---|
| DATED: July 18, 2008 | NIXON PEABODY LLP |
| | By: /s/ _____<br>PAUL R. LYND<br>Attorneys for Defendant<br>CARGILL INC. |
| | LAW OFFICES OF RICHARD J. VAZNAUGH |
| | By: /s/ _____<br>RICHARD J. VAZNAUGH<br>Attorney for Plaintiff<br>JOE ESMOND |

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** and the action shall proceed on the First Amended Complaint as limited above.

Dated: July 18, 2008 _____

_____
HON. MAXINE M. CHESNEY
District Court Judge

**JOINT CMC STATEMENT AND PROPOSED ORDER**     -3-     **Case No. C 07-5037 MMC**