1  MARJORIE S. FOCHTMAN, SBN 143201
   PAUL R. LYND, SBN 202764
2  DAVID A. KOLEK, SBN 245330
   NIXON PEABODY LLP
3  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
4  Telephone:  (415) 984-8200
   Fax:           (415) 984-8300
5
   Attorneys for Defendant
6  CARGILL, INC.

7

8  RICHARD J. VAZNAUGH, SBN 173249
   LAW OFFICES OF RICHARD J. VAZNAUGH
   600 Harrison Street, Suite 120
9  San Francisco, CA  94107
   Telephone:  (415) 593-0076
10 Fax:           (415) 593-0093
   Richvaz@mindspring.com
11

12 Attorney for Plaintiff
   JOE ESMOND
13

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  JOE ESMOND,                               | No. Case No. C 07-5037 MMC |
| 19                          Plaintiff,        | **JOINT STIPULATION AND ORDER [PROPOSED] TO CONTINUE EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES** |
| 20           vs.                              | |
| 21  CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive, | **[FRCP 26 & FRCP 29]** |
| 22                                            | |
| 23                          Defendant.        | Trial Date:   January 26, 2009 |

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER RE:**                                  **Case No. C 07-5037 MMC**
**EXPERT DISCOVERY**

Plaintiff Joe Esmond ("Plaintiff") and Defendant Cargill, Inc. ("Cargill"), by and through their respective counsel of record, hereby stipulate as follows:

The Court's pre-trial order of January 14, 2008 set the date to designate experts as September 5, 2008, the rebuttal date is September 29, 2008 and expert discovery cut off is October 10, 2008.

The parties have agreed to continue these expert discovery deadlines, as indicated below, for reasons of mutual convenience and economy and in the belief that neither side will be prejudiced due to this continuance.

Good cause is shown because:

1. Plaintiff's counsel is currently occupied with an appeal in another matter and will be occupied with this until September 2, 2008. Defense counsel Paul Lynd will be unavailable due to travel and vacation during most of the month of September.

2. Substantial expert and attorneys fees must be expended both to disclose and then depose experts, due to the reporting and disclosure obligations of FRCP 26. The additional flexibility of the schedule above will allow the litigation to be conducted more economically for all parties.

3. The continued expert dates will not delay pre-trial obligations. Because Plaintiff's current claims have been narrowed to "wage and hour" related violations, the range of potential experts is limited and most likely will be limited to an accountant/economist for the purpose of calculating back pay, penalties, interest and related issues.

4. The parties have agreed that they will not use any experts for dispositive motions. So, pre-motion expert discovery is unnecessary.

///

///

///

///

///

**STIPULATION AND PROPOSED ORDER RE: EXPERT DISCOVERY**                                **Case No. C 07-5037 MMC**

Therefore the parties respectfully request that the expert disclosure and discovery deadlines in this matter be continued as follows:

1. Designation of experts Plaintiff/Defendant: No later than October 27, 2008. (Which is 90 days prior to trial and therefore conforms with FRCP § 26 (a)(2)(C).

2. Rebuttal experts shall be disclosed no later than November 10, 2008; and,

3. Expert discovery shall be completed by December 5, 2008.

IT IS SO STIPULATED.

DATED: August 28, 2008                           NIXON PEABODY LLP

                                                 By:  /s/
                                                     PAUL R. LYND
                                                     Attorneys for Defendant
                                                     CARGILL INC.

DATED: August 28, 2008

                                                 LAW OFFICES OF RICHARD J. VAZNAUGH

                                                 By:  /s/
                                                     RICHARD J. VAZNAUGH
                                                     Attorney for Plaintiff
                                                     JOE ESMOND

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                 HON. MAXINE M. CHESNEY
                                                 District Court Judge

**STIPULATION AND PROPOSED ORDER RE: EXPERT DISCOVERY**      -3-            **Case No. C 07-5037 MMC**