IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARGILL, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C-07-5037 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT TESTIMONY OR, IN THE ALTERNATIVE, FOR SANCTIONS; CONTINUING TRIAL DATE; SETTING DISCOVERY DEADLINES** |

　　　　Plaintiff's "Motion Pursuant to FRCP 26 to Exclude the Testimony of Ann Mahony or Limit Her to the Explicit Contents of her Rule 26 Report or, in the Alternative, for Sanctions," filed November 14, 2008, came on regularly for hearing before the Court on December 19, 2008. Richard J. Vaznaugh appeared on behalf plaintiff. Paul R. Lynd appeared on behalf of defendant.

　　　　Having read and considered the papers filed in support of and in opposition to the motion and the arguments of counsel, and for the reasons stated on the record at the hearing, the Court rules as follows.

　　　　1. To the extent plaintiff seeks exclusion or limitation of the testimony of Ann Mahony ("Mahony"), the motion is DENIED.

　　　　2. For reasons independent of the motion, the trial date is continued from January 26, 2009 to June 29, 2009. In light of such continuance, the discovery deadlines previously

set are extended as follows:

    a. On or before January 20, 2009, Mahony shall provide, with respect to her opinion concerning the timing of the entries made in plaintiff's calendars, a report complying with Federal Rule of Civil Procedure 26(a)(2)(B).

    b. On or before February 27, 2009, plaintiff shall disclose his rebuttal expert on this issue, in accordance with Rule 26(a)(2).

    c. The deadline for completing expert discovery with respect to Mahony's above-referenced opinion, including any opinion by plaintiff's rebuttal expert, is March 31, 2009.

3. To the extent plaintiff seeks costs and fees incurred by reason of the late disclosure of the above-referenced opinion, the motion is DENIED without prejudice to plaintiff's making a particularized showing at a later time.

**IT IS SO ORDERED.**

Dated: December 19, 2008

                                      MAXINE M. CHESNEY  
                                      United States District Judge