1  MARJORIE S. FOCHTMAN, SBN 143201
   PAUL R. LYND, SBN 202764
2  DAVID A. KOLEK, SBN 245330
   NIXON PEABODY LLP
3  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
4  Telephone:      (415) 984-8200
   Facsimile:      (415) 984-8300
5
   Attorneys for Defendant
6  CARGILL, INC.

7
   RICHARD J. VAZNAUGH, SBN 173249
8  LAW OFFICES OF RICHARD J. VAZNAUGH
   600 Harrison Street, Suite 120
9  San Francisco, CA  94107
   Telephone:      (415) 593-0076
10 Facsimile:      (415) 593-0093

11 Attorneys for Plaintiff
   JOE ESMOND
12

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16
   JOE ESMOND,                              No. Case No. C 07-5037 MMC
17
                       Plaintiff,           **JOINT STIPULATION TO HEAR
18                                           DEFENDANT CARGILL, INC.'S MOTION
                                             TO CONTINUE PRE-TRIAL
19      vs.                                  CONFERENCE AND TRIAL DATE ON
                                             SHORTENED TIME WITH SHORTENED
20 CARGILL INC., dba Cargill Salt Co. Company, BRIEFING SCHEDULE;** ~~[PROPOSED]~~
   an entity, and DOES 1-20, inclusive,      **ORDER**
21
                       Defendant.           **[Civ. L.R. 6-2]**
22
                                            Trial Date:      June 29, 2009
23

24

25

26

27

28 JOINT STIPULATION TO HEAR DEFENDANT'S                    **Case No. C 07-5037 MMC**
   MOTION TO CONTINUE PRE-TRIAL
   CONFERENCE AND TRIAL DATE ON
   SHORTENED TIME; [PROPOSED] ORDER

1    On May 8, 2009, Defendant Cargill, Inc. ("Cargill") filed a Notice of Motion and Motion to

2    Continue Pre-Trial Conference and Trial ("Motion to Continue").   Simultaneously, Cargill filed a

3    Motion to Shorten Time for Hearing ("Motion to Shorten Time").

4    In that Motion, Cargill requested a hearing on May 22, 2009, with a shortened briefing

5    schedule.   Otherwise, under the normal 35-day notice period for a motion, Cargill's Motion to

6    Continue could not be heard until June 12, 2009, four days before the scheduled pre-trial conference

7    in this case and after the parties must complete several pre-trial requirements whose schedule is based

8    on the pre-trial conference and trial dates.

9    Plaintiff will oppose the Motion to Continue. Plaintiff's reasons include, but are not limited

10   to: Defendant's missing witness has already been deposed and relocated to Virginia almost a year

11   ago. He has been represented by Mr. Lynd since prior to his deposition and to date. Due to other

12   conflicts, even if the trial is continued, Plaintiff maintains that all pre-trial obligations should be

13   completed in June and July.

14   On the other hand, Plaintiff understands that the Court continues to be in trial on other matters

15   and may eventually need to continue this case, hopefully only briefly, based on its own calendar.

16   Defendant disagrees with Plaintiff's above arguments concerning the Motion to Continue,

17   which Defendant will address in its Reply responding to Plaintiff's Opposition.   Defendant's

18   agreement to this Joint Stipulation in no way constitutes agreement with Plaintiff's arguments set

19   forth herein concerning the Motion to Continue.

20   Because it is reasonable to resolve these continuance issues before May 29, 2009 (the date the

21   parties have agreed to complete joint pre-trial filings because of Plaintiff's counsel's unavailability

22   the following week), the parties agreed to a Joint Stipulation in response to Defendant's request to

23   shorten time as follows:

24   Now, therefore, Plaintiff Joe Esmond ("Plaintiff") and Defendant Cargill, Inc., ("Cargill") by

25   and through their respective counsel of record, hereby enter into this Joint Stipulation that, subject to

26   the Court's schedule, Cargill's Motion to Continue shall be heard on shortened time, pursuant to Rule

27

28   JOINT STIPULATION TO HEAR DEFENDANT'S              **Case No. C 07-5037 MMC**
     MOTION TO CONTINUE PRE-TRIAL
     CONFERENCE AND TRIAL DATE ON
     SHORTENED TIME; [PROPOSED] ORDER

6-3 of the Local Civil Rules, with a shortened briefing schedule, as provided herein.

The parties stipulate that, subject to the Court's schedule and approval, Cargill's Motion to Continue shall be set for hearing by the Court on shortened time on May 22, 2009 at 9:00 a.m. or at the Court's earliest convenience, (excluding June 1 – 5, 2009, when Plaintiff's counsel is unavailable). The parties further stipulate to shortened time for the briefing concerning Cargill's Motion to Continue, such that Plaintiff's Opposition to Cargill's Motion to Continue shall be e-filed no later than May 19, 2009 and Cargill's Reply in support of its Motion to Continue shall be e-filed no later than May 20, 2009.

In addition, based on this stipulation and the schedule set forth above, the parties agree that Cargill's Motion to Shorten Time is moot and is withdrawn by Defendant upon the filing of this Joint Stipulation with the Court.

IT IS SO STIPULATED.

DATED: May 13, 2009                          NIXON PEABODY LLP


                                             By: /s/ David A. Kolek_____
                                                 DAVID A. KOLEK
                                                 Attorneys for Defendant
                                                 CARGILL INC.


DATED: May 13, 2009                          LAW OFFICE OF RICHARD J. VAZNAUGH


                                             By: __/s/ Richard J. Vaznaugh_____
                                                 RICHARD J. VAZNAUGH
                                                 Attorneys for Plaintiff
                                                 JOE ESMOND

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that plaintiff's opposition shall be filed no later than May 18, 2009, and defendant's reply shall be filed no later than May 19, 2009.  The hearing on the motion shall be on May 22, 2009 at 10:00 a.m.

Dated: _May 14, 2009_____          _____
                                             THE HON. MAXINE M. CHESNEY
                                             District Court Judge

JOINT STIPULATION TO HEAR DEFENDANT'S          -3-                    **Case No. C 07-5037 MMC**
MOTION TO CONTINUE PRE-TRIAL
CONFERENCE AND TRIAL DATE ON
SHORTENED TIME; PROPOSED ORDER