1  MARJORIE S. FOCHTMAN (SBN 143201)
   mfochtman@nixonpeabody.com
2  PAUL R. LYND (SBN 202764)
   plynd@nixonpeabody.com
3  DAVID A. KOLEK (SBN 245330)
   dkolek@nixonpeabody.com
4  NIXON PEABODY, LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA  94111
   Tel:  (415) 984-8200
6  Fax:  (415) 984-8300

7  Attorneys for Defendant
   CARGILL, INC.
8

9             UNITED STATES DISTRICT COURT FOR THE

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOE ESMOND,                              | Case No.     C 07-5037 MMC
13 |            PLAINTIFF,                    | [PROPOSED] ORDER GRANTING
   |                                          | DEFENDANT CARGILL, INC's MOTION
14 |     vs.                                  | TO CONTINUE PRE-TRIAL
   |                                          | CONFERENCE AND TRIAL
15 | CARGILL INC., dba Cargill Salt Co.
16 | Company, an entity, and DOES 1-20, inclusive | [Civil L.R. 7, 40-1]
   |                                          |
17 |            DEFENDANTS.                   | Trial Date:   June 29, 2009
   |                                          | Judge:        Hon. Maxine M. Chesney
18

**[PROPOSED] ORDER CONTINUING PRE-TRIAL
CONFERENCE AND TRIAL**                    **1**                              12546615.
**CASE NO.  C 07-5037 MMC**

1  Defendant Cargill, Inc.'s ("Cargill") Motion to Continue Pre-Trial Conference and Trial
2  came on regularly before the Court. The Court, having reviewed and considered the papers in
3  support filed by Cargill, the opposition papers filed by Plaintiff Joe Esmond, the documents and
4  files in the Court's records in this matter, and oral argument at the hearing, and finding good
5  cause in support of the Motion, ~~the Court~~ orders as follows:
6   1. The pre-trial conference date of June 16, 2009 and trial date of June 29, 2009
7  currently scheduled are vacated;
8   2. The pre-trial conference is continued to July 14, 2009 at 3:00 p.m.;
9   3. The trial date is continued to August 31, 2009 at 9:00 a.m.; and
10   4. The deadlines for filings in connection with the pre-trial conference ~~All pre-trial and trial deadlines, and any other statutory or other deadlines~~, are
11  continued ~~and~~ based upon the new pre-trial conference ~~and trial~~ date~~s~~.
12   IT IS SO ORDERED.

14  Dated: May 22, 2009

   _____
   HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT COURT JUDGE

~~[PROPOSED]~~ ORDER CONTINUING PRE-TRIAL
CONFERENCE AND TRIAL                     2                           12546615.
CASE NO. C 07-5037 MMC