MARJORIE S. FOCHTMAN, SBN 143201
PAUL R. LYND, SBN 202764
DAVID A. KOLEK, SBN 245330
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone:    (415) 984-8200
Facsimile:    (415) 984-8300

Attorneys for Defendant
CARGILL, INC.


RICHARD J. VAZNAUGH, SBN 173249
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:    (415) 593-0076
Facsimile:    (415) 593-0093

Attorney for Plaintiff
JOE ESMOND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND,<br><br>               Plaintiff,<br><br>     vs.<br><br>CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive,<br><br>               Defendant. | No. Case No. C 07-5037 MMC (EMC)<br><br>**JOINT STIPULATION CONTINUING SETTLEMENT CONFERENCE DATE AND DEADLINE FOR SUBMISSION OF SETTLEMENT CONFERENCE STATEMENTS; [PROPOSED] ORDER**<br><br>Trial Date:       August 31, 2009 |

JOINT STIPULATION CONTINUING
SETTLEMENT CONFERENCE DATE AND
DEADLINE FOR SETTLEMENT CONFERENCE
STATEMENTS; [PROPOSED] ORDER

Case No. C 07-5037 MMC

On May 26, 2009, pursuant to the Court's referral of the matter to Magistrate Judge Edward M. Chen for settlement purposes, Magistrate Judge Chen issued a Notice of Settlement Conference and Settlement Conference Order ("Order"). This Order scheduled the settlement conference for June 15, 2009, with Settlement Conference Statements due by June 1, 2009.

Because of scheduling conflicts, counsel for the respective parties have conferred and consulted with the Court. They stipulate to continue the settlement conference date until June 22, 2009 at 10:00 a.m. before Magistrate Judge Chen. The parties further stipulate that Settlement Conference Statements shall be lodged with Magistrate Judge Chen's chambers and served upon opposing counsel by June 15, 2009. Except as modified by this stipulation, the parties stipulate that the terms of Magistrate Judge Chen's May 26, 2009 Order otherwise remain in effect.

IT IS SO STIPULATED.

DATED: May 29, 2009                                    NIXON PEABODY LLP


                                                       By: /s/ Paul R. Lynd
                                                           PAUL R. LYND
                                                           Attorneys for Defendant
                                                           CARGILL INC.


DATED: May 29, 2009                                    LAW OFFICE OF RICHARD J. VAZNAUGH


                                                       By:   /s/ Richard J. Vaznaugh
                                                             RICHARD J. VAZNAUGH
                                                             Attorney for Plaintiff
                                                             JOE ESMOND

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2009                                    _____
                                                       THE HON. E
                                                       United States



JOINT STIPULATION CONTINUING
SETTLEMENT CONFERENCE DATE AND                                          Case No. C 07-5037 MMC
DEADLINE FOR SETTLEMENT CONFERENCE
STATEMENTS; [PROPOSED] ORDER