RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Ste. 120
San Francisco, California 94107
Tel: (415) 593-0076
Fax: (415) 593-0093

Attorney for Plaintiff
JOE ESMOND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND,<br><br>PLAINTIFF,<br><br>vs.<br><br>CARGILL INC., dba Cargill Salt Company, an entity, and DOES 1-20, inclusive<br><br>DEFENDANTS. | Case No.   C 07-5037 MMC (EMC)<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT, CONDITIONAL.; ORDER THEREON<br>Pretrial Conf.: July 14, 2009<br><br>Trial Date: August 31, 2009 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that on June 22, 2009 at a judicial settlement conference with The Hon. Edward Chen, the Parties to this matter agreed, on the record, to a settlement of this case. The settlement requires the preparation of a formal settlement agreement, the expiration of a brief rescission period and other conditions that must occur before the matter is ready for final dismissal.

It is currently anticipated that these conditions will be completed and, assuming all conditions are met, a stipulation for dismissal filed on or before August 3, 2009.

Notice of Settlement (Conditional)
ESMOND v. CARGILL, Inc.                                                                                   Case No.  C 07-5037 MMC

1  Therefore, Plaintiff requests that the current pre-trial conference and all pre-trial
2  obligations be vacated while the settlement document and other settlement conditions are
3  completed.

                                                              Respectfully Submitted,

                                                               LAW OFFICE OF RICHARD J. VAZNAUGH

DATED: June 26, 2009                         Signed, RV
                                                               RICHARD J. VAZNAUGH, ESQ.
                                                               ATTORNEY FOR PLAINTIFF JOE ESMOND

Dated: July 2, 2009



IT IS SO ORDERED
Judge Maxine M. Chesney

Notice of Settlement (Conditional)
ESMOND v. CARGILL, Inc.                                                                         Case No.  C 07-5037 MMC