1  MARJORIE S. FOCHTMAN, SBN 143201
2  PAUL R. LYND, SBN 202764
   DAVID A. KOLEK, SBN 245330
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone:     (415) 984-8200
5  Facsimile:     (415) 984-8300

6  Attorneys for Defendant
   CARGILL, INC.

7

8  RICHARD J. VAZNAUGH, SBN 173249
   LAW OFFICE OF RICHARD J. VAZNAUGH
9  600 Harrison Street, Suite 120
   San Francisco, CA  94107
10 Telephone:     (415) 593-0076
   Facsimile:     (415) 593-0093

11 Attorney for Plaintiff
   JOE ESMOND
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 | JOE ESMOND, | No. Case No. C 07-5037 MMC |
17 | | **JOINT FURTHER NOTICE OF** |
   | Plaintiff, | **SETTLEMENT AND STIPULATED** |
18 | vs. | **REQUEST TO VACATE OR CONTINUE** |
   | | **TRIAL DATE; ~~PROPOSED~~ ORDER** |
19 | CARGILL INC., dba Cargill Salt Co. Company, | |
   | an entity, and DOES 1-20, inclusive, | |
20 | | Courtroom: 7, 19th Floor |
   | Defendant. | Judge:  Hon. Maxine M. Chesney |
21 | | Date of Removal: September 28, 2007 |
22 | | Trial Date: August 31, 2009 |

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On June 22, 2009, at a judicial settlement conference with Magistrate Judge Edward M. Chen, the parties agreed to a settlement of all issues in this case.  They agreed to a binding settlement on the record before Judge Chen.  On June 28, 2009, Plaintiff Joe Esmond's counsel filed with the Court a Plaintiff's Notice of Settlement, Conditional.  This notice informed the Court that the settlement requires the preparation of a formal settlement agreement, the expiration of a rescission period, and other conditions that must occur before the matter is ready for final dismissal with prejudice.

Plaintiff's notice requested that the Court vacate the pre-trial conference and all pre-trial obligations while the settlement agreement and other settlement conditions are completed.  The Court entered an Order accordingly on July 2, 2009.

During the preparation of the written settlement agreement, disputes arose regarding the terms of the settlement agreement.  Per agreement at the settlement conference, on July 28, 2009, the parties submitted these disputes to Judge Chen for arbitration.  Judge Chen issued his Order under seal on August 18, 2009, ruling on the disputed points and ordering that the settlement agreement be finalized accordingly and signed by August 27, 2009.

In addition to the parties finalizing and executing the settlement agreement, Plaintiff has seven days after executing the agreement to revoke pursuant to the Age Discrimination in Employment Act (29 U.S.C. § 626), before the written settlement agreement becomes effective.  Thus, the written settlement agreement will not be effective until after the scheduled August 31, 2009 trial date.  Further, the parties agreed that Defendant Cargill, Inc. shall have up to seven days after the effective date to deliver consideration and, further, that 10 days shall thereafter pass, to ensure actual receipt of that consideration, at which time a stipulated Dismissal with Prejudice in this matter will be filed.

Accordingly, the parties stipulate, and jointly request, that the Court vacate (or continue) the August 31, 2009 trial date, without prejudice to re-calendaring in the future in the unlikely event such is necessary, so that the parties may perform their respective obligations and complete the settlement process.  The parties anticipate that a Stipulation for Dismissal With Prejudice will be filed no later than September 30, 2009.

1    IT IS SO STIPULATED.

2    DATED: August 24, 2009                    NIXON PEABODY LLP

3

4                                              By: /s/ Paul R. Lynd _____

5                                                  PAUL R. LYND
                                                   Attorneys for Defendant
6                                                  CARGILL INC.

7    DATED: August 24, 2009                    LAW OFFICE OF RICHARD J. VAZNAUGH

8

9                                              By: /s/ Richard J. Vaznaugh _____

10                                                 RICHARD J. VAZNAUGH
                                                   Attorneys for Plaintiff
11                                                 JOE ESMOND

                                     * * * * *
12

13                              [PROPOSED] ORDER

14          PURSUANT TO STIPULATION, IT IS SO ORDERED., specifically, the August 31, 2009 trial

15   date is hereby VACATED.  Additionally, a Status Conference is hereby SCHEDULED for October 16,
     2009; a Joint Status Conference Statement shall be filed no later than October 9, 2009.

16   Dated:  August 25, 2009 _____        _____

17                                                HON. MAXINE M. CHESNEY
                                                  District Court Judge
18

19

20

21

22

23

24

25

26

27

28