MARJORIE S. FOCHTMAN, SBN 143201
PAUL R. LYND, SBN 202764
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone:    (415) 984-8200
Facsimile:    (415) 984-8300

Attorneys for Defendant
CARGILL, INC.


RICHARD J. VAZNAUGH, SBN 173249
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:    (415) 593-0076
Facsimile:    (415) 593-0093

Attorney for Plaintiff
JOE ESMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESMOND,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CARGILL INC., dba Cargill Salt Co. Company, an entity, and DOES 1-20, inclusive,<br><br>                    Defendant. | No. Case No. C 07-5037 MMC (EMC)<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER**<br><br>Judge:  Hon. Maxine M. Chesney<br>Date of Removal: September 28, 2007<br>Trial Date: August 31, 2009 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Settlement of this matter, Plaintiff and Defendant CARGILL INC., dba Cargill Salt Co. Company, hereby stipulate that the above referenced matter may be dismissed with prejudice pursuant to FRCP 41(a)(1).

So stipulated:

DATED: Sept. 21, 2009

NIXON PEABODY LLP

By: /s/ Paul R. Lynd
      PAUL R. LYND
      Attorneys for Defendant
      CARGILL INC.

DATED: Sept. 21, 2009

LAW OFFICE OF RICHARD J. VAZNAUGH

By: /s/ Richard J. Vaznaugh
      RICHARD J. VAZNAUGH
      Attorneys for Plaintiff
      JOE ESMOND

\* \* \* \* \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2009 _____

_____
HON. MAXINE M. CHESNEY
District Court Judge